WILLIAM PARSONS, RESPONDENT, *v.* WILLIAM W. BROWN, IMPLEADED, ETC., APPELLANT.

*General Term — new trial — judgment below not sustained by the evidence.*

The General Term has power to pass upon the weight of conflicting evidence on a trial before the court at Special Term, and it is its duty to examine the evidence, and, if the result is not in accordance with the truth, to reverse the judgment and direct a new trial. (*Finch* v. *Parker*, 49 N. Y., 8; *Macy* v. *Wheeler*, 30 id., 231; *Smith* v. *Ætna Life Ins. Co.*, 5 Lans., 545.)

APPEAL from a judgment in favor of plaintiff, entered on the report of a referee, in an action brought to recover of the defend-

ant the amount of a promissory note, given to the plaintiff by one Lyon, and indorsed by the defendant Brown. The question in the case was one of fact as to the revocation, before the delivery of the note, of a power given to Lyon to indorse the defendant's name upon it. The court at General Term was of opinion, that the finding of the referee in favor of the plaintiff was not sustained by the evidence, and reversed the judgment, and granted a new trial at Circuit, costs to abide the event.

*H. G. Prindle,* for appellant. *Graves & Pitts,* for respondent.

Opinion by GILBERT, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment reversed, and new trial granted at Circuit, costs to abide event.